■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERALD SPEARS, Appellant. [48 NYS3d 624]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Murphy, J.), imposed May 23, 2014, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's waiver of his right to appeal was invalid. By informing the defendant that, in its courtroom, "everybody" who pleads guilty "waives their right to appeal," the Supreme Court improperly conflated the right to appeal with one of the rights automatically forfeited by a plea of guilty (*see People v Lopez*, 6 NY3d 248, 256-257 [2006]; *People v Mack*, 142 AD3d 1185 [2016]).

However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Austin, Roman, Hinds-Radix and Duffy, JJ., concur.